UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

COURTNEY WHITE, )
)
    Plaintiff, )
)
v. ) Civil Action No. _____
)
ENHANCED RECOVERY )
COMPANY, LLC, )
)
    Defendant. )

### NOTICE OF REMOVAL TO FEDERAL COURT

Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned counsel and, pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of this action from the Magistrate Court of Richmond County, State of Georgia, to the United States District Court for the Southern District of Georgia, and shows the Court as follows:

    1.    On October 2, 2017, Plaintiff, Courtney White ("Plaintiff"), filed a civil action in the Magistrate Court of Richmond County, styled *Courtney White vs. Enhanced Recovery Company, LLC*, Case No. 2017-M0-3510.

    2.    On October 26, 2017 a copy of the Statement of Claim was served on ERC. This Notice of Removal is being filed within thirty (30) days, pursuant to

Federal Rule of Civil Procedure 6, of Defendant's receipt through service of Plaintiff's Statement of Claim and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

3. Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and known to have been served by, or upon ERC, are attached hereto as composite Exhibit "A." Defendants are not aware of any further proceeding in the above-described civil action.

4. This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5. Plaintiff alleges that ERC violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), by calling Plaintiff's cell phone without consent and using an automated telephone dialing system. The TCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), this claim is removable to this Court.

6. Defendant will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the

---

[1] The exhibit to the Notice of Filing Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit A.

Office of the Clerk of the Magistrate Court of Richmond County. Defendant will also promptly provide a written copy of the Notice of Removal to Plaintiff.

7. Defendant has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action now pending in the Magistrate Court of Richmond County, is removed therefrom to this Court.

Dated: November 27, 2017

SMITH, GAMBRELL & RUSSELL, LLP

Suite 3100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 815-3500
Fax: (404) 685-6815

*Stephen E. O'Day*
Stephen E. O'Day
Georgia Bar No. 549337
soday@sgrlaw.com

## CERTIFICATE OF SERVICE

I certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and have served a true and correct copy on the person below via electronic mail and First Class Mail:

*Pro Se Plaintiff:*
Courtney White
2158 B Street
Augusta, GA 30904
Email: whitec21@gmail.com

*Stephen E. O'Day*
Stephen E. O'Day
Georgia Bar No. 549337
soday@sgrlaw.com

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 815-3500
Fax: (404) 685-6815