UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| COURTNEY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:17-CV-00160-JRH-BKE |
| ENHANCED RECOVERY ) | |
| COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Enhanced Recovery Company, LLC ("Defendant"), hereby submits the following Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant, Enhanced Recovery Company, LLC, is a limited liability company organized under the laws of Delaware and is wholly-owned by ERC Holdings, LLC. There is not a publicly traded company that owns 10 percent or more of Defendant's stock.

Dated: November 27, 2017.

                        SMITH, GAMBRELL & RUSSELL, LLP

                        */s/ Stephen E. O'Day*

Suite 3100, Promenade    Stephen E. O'Day
1230 Peachtree Street, N.E.    Georgia Bar No. 549337
Atlanta, Georgia 30309    soday@sgrlaw.com
Tel: (404) 815-3500
Fax: (404) 685-6815

# CERTIFICATE OF SERVICE

I certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and have served a true and correct copy on the person below via electronic mail and First Class Mail:

>*Pro Se Plaintiff:*
>Courtney White
>2158 B Street
>Augusta, GA 30904
>Email: whitec21@gmail.com

>*Stephen E. O'Day*
>Stephen E. O'Day
>Georgia Bar No. 549337
>soday@sgrlaw.com

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Tel: (404) 815-3500
Fax: (404) 685-6815