# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

**COURTNEY WHITE,**

      **Plaintiff,**

v.

**CASE NO.: 1:17-cv-00160-JRH-BKE**

**ENHANCED RECOVERY COMPANY, LLC,**

      **Defendant.**

_____/

### DEFENDANT, ENHANCED RECOVERY COMPANY, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Enhanced Recovery Company, LLC (ERC or "Defendant"), by and through its undersigned counsel, hereby files its Answer and Affirmative Defenses to the Plaintiff's Statement of Claim filed by Plaintiff, Courtney White ("Plaintiff").

1. ERC denies that it is located at 8014 Bayberry Road, Richmond County, Georgia.

2. ERC denies that it is indebted to Plaintiff in the amount of $8,000.

3. ERC denies that it violated the TCPA.

4. ERC denies that it called Plaintiff without consent.

5. ERC denies using automated dialing technology to place telephone calls to Plaintiff' telephone number.

6. ERC admits that it placed calls to the telephone number 404-716-0708.

7. ERC admits that 800-875-5164 is a telephone number in use by it and that it placed telephone calls from that number to the telephone number alleged to be that of Plaintiff.

## GENERAL DENIAL

8. ERC denies all allegations of the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's claims against ERC must be dismissed because Plaintiff has failed to state a claim upon which relief may be granted.

### Second Affirmative Defense

To the extent Plaintiff seeks actual damages, Plaintiff's claim against ERC for actual damages must be dismissed because Plaintiff has not alleged any facts showing an entitlement to such damages.

### Third Affirmative Defense

To the extent Plaintiff seeks actual damages, Plaintiff's claims against ERC for actual damages are barred to the extent Plaintiff failed to take action to mitigate such damages.

### Fourth Affirmative Defense

Plaintiff's claims against ERC under the TCPA must be dismissed to the extent that ERC had Plaintiff's consent to place any of the calls at issue in this matter.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court enter judgment against Plaintiff and in favor of Defendant in connection with all claims for relief in the Complaint, award Defendant its reasonable attorneys' fees and costs, and for such other and further relief as the Court deems just and equitable.

SGR/17036564.1

|  |  |
|---|---|
|  | **SMITH, GAMBRELL & RUSSELL, LLP** |
|  | */s/ Stephen O'Day* |
| Suite 3100, Promenade | Stephen O' Day |
| 1230 Peachtree Street, N.E. | Georgia Bar No. 549337 |
| Atlanta, Georgia 30309 | soday@sgrlaw.com |
| Tel: (404) 815-3500 |  |
| Fax: (404) 685-6815 |  |

## CERTIFICATE OF SERVICE

I certify that on December 4, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and have served a true and correct copy on the person below via electronic mail and First Class Mail:

*Pro Se Plaintiff:*
Courtney White
2158 B Street
Augusta, GA 30904
Email: whitec21@gmail.com

|  |  |
|---|---|
| Smith, Gambrell & Russell, LLP | */s/ Stephen O' Day* |
| Suite 3100, Promenade | Stephen O' Day |
| 1230 Peachtree Street, N.E. | Georgia Bar No. 549337 |
| Atlanta, Georgia 30309 | soday@sgrlaw.com |
| Tel: (404) 815-3500 |  |
| Fax: (404) 685-6815 |  |

SGR/17036564.1