# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

<u>Augusta</u> DIVISION

COURTNEY WHITE )
)
        Plaintiff )
)
v. ) Case No. 1:17-cv-00160-JRH-BKE
)
ENHANCED RECOVERY COMPANY, )
LLC )
        Defendant )

## RULE 26(f) REPORT

1. Date of Rule 26(f) conference:   <u>January 8, 2018</u>
2. Parties or counsel who participated in conference:
   <u>Courtney White (Pro Se Plaintiff)</u>
   <u>Steve O'Day for Defendant</u>

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.
   <u>N/A</u>

4. Date the Rule 26(a)(1) disclosures were made or will be made:
   <u>January 22, 2018</u>

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,
   (a) Identify the party or parties making the objection or proposal:

   <u>N/A</u>

   (b) Specify the objection or proposal:

_____
_____
_____

6. The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

   (a) Identify the party or parties requesting additional time:

      N/A _____
_____
_____

   (b) State the number of months the parties are requesting for discovery:

months

   (c) Identify the reason(s) for requesting additional time for discovery:

      ____ Unusually large number of parties

      ____ Unusually large number of claims or defenses

      ____ Unusually large number of witnesses

      ____ Exceptionally complex factual issues

      ____ Need for discovery outside the United States

      ____ Other: _____

   (d) Please provide a brief statement in support of each of the reasons identified above:

      N/A _____
_____
_____

_____
_____
_____

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

   (a) Identify the party or parties requesting such limits:

   Plaintiff

   (b) State the nature of any proposed limits:

   Plaintiff asks that discovery be limited to matters within the four corners of the Complaint and the specific allegations contained therein.

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

| | |
|---|---|
| Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
| Last day to furnish expert witness report by plaintiff | 60 days after Rule 26(f) conference |
| Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

Last day to file motions                     30 days after close of discovery

If any party requests a modification of any of these deadlines,

(a) Identify the party or parties requesting the modification:

    N/A

(b) State which deadline should be modified and the reason supporting the request:

    N/A


9. If the case involves electronic discovery,

    (a) State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memorialized in the scheduling order, briefly describe the terms of their agreement:

        The parties will produce documents in PDF format unless otherwise agreed to with respect to a particular request.

    (b) Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

        N/A

10. If the case is known to involve claims of privilege or protection of trial preparation material,

   (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:

   The parties agree to confer regarding claims of privilege and to an in-camera review if unable to reach a resolution.

   (b) Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

   If it becomes necessary, the parties will agree to entry of a stipulation protective order protecting documents as applicable and reasonable.

   (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

11. State any other matters the Court should include in its scheduling order:

   N/A/

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:
Plaintiff made it clear that she is open to resolve this matter in a settlement,

The attorney for the defendant stated that his client is not willing to settle this lawsuit.

This ___9th___ day of ___January___, 2018.

Signed: _____
*Attorney for Plaintiff*

/s/ Stephen O' Day
*Attorney for Defendant*