FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JAN 19 AM 11:46

CLERK J. Hodg
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

COURTNEY WHITE,

    Plaintiff,

V.

ENHANCED RECOVERY
COMPANY, LLC

    Defendant.

Civil Action No.
1:17-CV-00160-JRH-BKE

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a) (1)**

I hereby disclose the following pursuant to this Court's Order Directing Parties to File Certificates of Interested Persons:

1.) The name of each person, attorney association of persons, firm, law firm, partnership, and Corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

**Courtney White**
**Enhanced Recovery Company, LLC, Defendant**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known.**

3.) The name of every other entity which is likely to be an active participant in the proceedings,

**None known.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Courtney White**

5. All witnesses anticipated to be provided by the **Enhanced Recovery Company**, in its Rule 26(a) (1) Initial Disclosure and any amendments thereto.

Plaintiff is unable to state at this time the subject matter of these witnesses testimony.

6. All parties to any litigation, past and present, to which the Defendants were a party whose names, addresses and telephone numbers are presently unknown to the Plaintiff.

Plaintiff is unable to state at this time the subject matter of these witnesses testimony.

7. All current and former Officers, employees and agents of the Defendants, whose names, addresses and telephone numbers are presently unknown to the Plaintiff. Plaintiff is unable to state at this time the subject matter of these witnesses testimony.

## B) Description by Category of Relevant Documents

Plaintiff has in his possession, custody or control, and will or already has produced to Defendant, the following materials that Plaintiff may use to support his claim:

1. Letters sent by Plaintiff to Defendant attempting to resolve issues before litigation

2. Pictures of Incoming calls, Missed and Outgoing calls, which Plaintiff received from Defendant(s).

3. Information from Plaintiff's credit report showing the Defendant obtained Plaintiff's Trans Union and Experian credit report on more than one occasions.

4. Correspondences

5. Emails between Plaintiff and Defendant(s).

6. **Enhanced Recovery Company** Automatic Dial Announcing Devices    PERMIT NUMBER

7. Policies and Procedures by **Enhanced Recovery Company** produced in discovery.

8. Answers to Interrogatories by **Enhanced Recovery Company.**

9. Account notes produced by **Enhanced Recovery Company**.

## C. Damages

Plaintiff seeks $1,500.00 in statutory damages for each violation of the Telephone Consumer Protection Act, a $1000.00 in statutory damages for each violation of the Fair Debt Collection Practices Act, and actual damages or statutory damages of $1,000.00 per violation of Fair Credit Reporting Act.

## D. Insurance

NA

By: _____
Courtney White Pro SE
2158 B Street
Augusta Georgia 30901
Whitec210@gmail.com
404-916-0708

1/19/2018

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first mail. In a properly addressed envelopes with adequate postage.

Signed January 19, 2018

_____

Stephen O'Day
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, N.E.
Suite 3100, Promenade
Georgia Bar No. 549337
Atlanta, Georgia 30309
soday@sgrlaw.com
Tel: (404) 815-3500
Fax: (404) 685-6815

Richard D. Rivera
SMITH, GAMBRELL & RUSSELL, LLP
50 North Laura Street
Suite 2600
Jacksonville Florida 32202
rrivera@sgrlaw.com
Tel:(904)-598-6157