UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

COURTNEY WHITE,

    Plaintiff,

v.

CASE NO.: 1:17-cv-00160-JRH-BKE

ENHANCED RECOVERY
COMPANY, LLC,

    Defendant.
_____/

## STIPULATION TO DISMISS CASE

COME NOW Plaintiff, Courtney White ("Plaintiff") and Defendant, ENHANCED RECOVERY COMPANY, LLC ("ERC" or "Defendant"), in proper person and through undersigned counsel, respectively, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, to the dismissal of this action, with prejudice, with each party to bear her or its own fees and costs.

SMITH, GAMBRELL & RUSSELL, LLP

_____
Richard D. Rivera
Florida Bar No. 108251
Email: rrivera@sgrlaw.com
50 North Laura St, Suite 2600
Jacksonville, FL 32202
(904) 598-6157
(904) 598-6257 fax

and

Stephen O' Day
Georgia Bar No. 549337
Suite 3100, Promenade
1230 Peachtree Street, N.E.

_____
*Pro Se Plaintiff:*
Courtney White
2158 B Street
Augusta, GA 30904
Email: whitec21@gmail.com

Atlanta, Georgia 30309
Tel: (404) 815-3500
Fax: (404) 685-6815
soday@sgrlaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

CASE NO.: 1:17-cv-00160-JRH-BKE